**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7913**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

LACEY LEROY MCCLAM, JR.,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, Chief District
Judge.  (4:07-cr-01277-TLW-1)

———————

Submitted: March 26, 2013          Decided:  March 28, 2013

———————

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lacey Leroy McClam, Jr., Appellant Pro Se. Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lacey McClam, Jr., appeals from the district court's margin order denying his motion to compel defense counsel to produce documents. Our review of the record discloses that this appeal is without merit. McClam has not demonstrated a particularized need or raised any specific issues in regard to the requested documents. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>